UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREGG A. TREFFINGER,            )<br>                                                      )<br>               Plaintiff,             )<br>     vs.                                        )         No. 1:06-cv-475-SEB-VSS<br>                                                      )<br>STATE OF INDIANA,                  )<br>                                                      )<br>               Defendant.          )  | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.  The plaintiff has abandoned any claim which could have been submitted pursuant to Title VII based on his unexplained failure to attend the status conference of September 13, 2006, and on his failure to supplement his complaint by asserting such a complaint by the deadline of September 14, 2006.

2.  The foregoing, together with the Order of July 5, 2006, granting the defendant's motion for judgment on the pleadings as to claims asserted pursuant to the Age Discrimination in Employment Act and the Americans with Disabilities Act, now resolves all claims asserted in this action. Final judgment consistent with these rulings shall now issue.

**IT IS SO ORDERED.**

Date:  09/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana