UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GREGG A. TREFFINGER, )<br>)<br>            Plaintiff, )<br>  vs. )<br>)<br>STATE OF INDIANA, )<br>)<br>            Defendant. ) | No. 1:06-cv-475-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 09/15/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Gregg A. Treffinger
6615 Gateshead Lane, Apt. 2D
Indianapolis, IN   46222

Cynthia B. De Nardi
INDIANA STATE ATTORNEY GENERAL
cynthia.denardi@atg.in.gov